**No. 63463.**—Chester K. Stoner *v.* United States, protests 306930–K, etc. (Laredo).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083), the claim of the plaintiff was sustained.

**No. 63464.**—Mexican Products Co. *v.* United States, protests 315326–K, etc. (Laredo).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C. D. 2083), the claim of the plaintiff was sustained.

**No. 63465.**—Inter-Maritime Fdg. Co., Inc. *v.* United States, protest 59/1671 (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of headboards similar in all material respects to those the subject of Abstract 61224, the claim of the plaintiff was sustained.

**No. 63466.**—Charles H. Demarest, Inc. *v.* United States, protest 284431–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of kleenex dispener covers similar in all material respects to those the subject of *Quon Quon Company* v. *United States* (41 Cust. Ct. 178, C.D. 2038), the claim of the plaintiff was sustained.

**No. 63467.**—The American Import Co. et al. *v.* United States, protests 321531–K, etc. (San Francisco).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, C.D. 2023), the claim of the plaintiffs was sustained.

No. 63468.—Miya Co., Inc., et al. *v.* United States, protests 58/9737, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, C.D. 2023), the claim of the plaintiffs was sustained.

No. 63469.—Miya Co., Inc., et al. *v.* United States, protests 59/162, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, C.D. 2023), the claim of the plaintiffs was sustained.

No. 63470.—Traveler Trading Co. *v.* United States, protest 58/11062 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of artificial flowers the same in all material respects as those the subject of Abstract 61346, the claim of the plaintiff was sustained.